PAUL K. CHARLTON
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No. 014249
Telephone (602) 514-7500
kevin.rapp@usdoj.gov

CR 05-1355-PHX-SMM

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | WI 05-146 PHX NVW |
| Plaintiff, | MAG. NO. M |
| v. | **INFORMATION** |
| Courtney Taylor | VIO: 8 U.S.C. §§ 1326(a) and enhanced by (b)(2) |
| Defendant. | (Reentry after Deportation) |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 30, 2005, in the Eastern District of New York, COURTNEY TAYLOR, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed there from at or near Miami, Florida, on or about March 11, 2003, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2).

Dated this _17_ day of _November_, 2005.

PAUL K. CHARLTON
United States Attorney
District of Arizona

KEVIN M. RAPP
Assistant U.S. Attorney